1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2724
   Facsimile: (916) 554-2900
5

6

7  Attorneys for Plaintiff
   United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 2:13-MJ-0310 CKD

13              Plaintiff,               STIPULATION AND ORDER
                                         CONTINUING ARRAIGNMENT AND
14       v.                              WAIVING TIME

15  ANDRES GIRALDO,

16              Defendant.

17

18       IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the

19  approval of the court, the arraignment in this matter previously scheduled for November 1, 2013, may be

20  continued to December 3, 2013, at 2:00 p.m.

21       IT IS FURTHER STIPULATED that the 30 day time period for indictment set forth in Title 18,

22  United States Code, Section 3161(b) is waived.

23

24  Dated: October 31, 2013              BENJAMIN B. WAGNER
                                         United States Attorney
25

26                                        /s/ R. Steven Lapham
                                         R. STEVEN LAPHAM
27                                       Assistant United States Attorney

28

    "[CLICK & Type Pleading name]"        1

1  Dated: October 31, 2013

/s/ Kyle R. Knapp<br>
KYLE R. KNAPP<br>
Counsel for Defendant Andres Giraldo

O R D E R

IT IS SO ORDERED.

Dated: October 31, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Giraldo.13mj.0310.stipo

"[CLICK & Type Pleading name]"    2