1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2724
   Facsimile: (916) 554-2900
5
6
7  Attorneys for Plaintiff
   United States of America
8
9              IN THE UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
11
12 | UNITED STATES OF AMERICA,        | CASE NO. 2:13-MJ-0310 CKD
13 |              Plaintiff,          | STIPULATION AND ORDER
                                      | CONTINUING ARRAIGNMENT AND
14 |         v.                       | WAIVING TIME
15 | ANDRES GIRALDO,
16 |              Defendant.
17
18     IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the

19 approval of the court, the arraignment in this matter previously scheduled for December 3, 2013, at 2:00 p.m.

20 may be continued to January 3, 2014, at 2:00 p.m.

21     The parties reiterate their previous stipulation that the 30-day time period for indictment set forth in

22 Title 18, United States Code, Section 3161(b) is waived.

23
24 Dated: November 22, 2013            BENJAMIN B. WAGNER
                                       United States Attorney
25
26                                     /s/ Michele Beckwith
                                       MICHELE BECKWITH
27                                     Assistant United States Attorney
28

Dated: November 22, 2013

    /s/ Kyle R. Knapp
KYLE R. KNAPP
Counsel for Defendant Andres Giraldo

<u>O</u> <u>R</u> <u>D</u> <u>E</u> <u>R</u>

IT IS SO ORDERED.

Dated: November 22, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE