BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2724
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-0310 CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING ARRAIGNMENT AND WAIVING TIME |
| v. | |
| ANDRES GIRALDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the arraignment in this matter previously scheduled for January 3, 2014, at 2:00 p.m. may be continued to January 24, 2014, at 2:00 p.m. The parties reiterate their previous stipulation that the 30-day time period for indictment set forth in Title 18, United States Code, Section 3161(b) is waived.

Dated: December 31, 2013                            BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    /s/ Michele Beckwith
                                                    MICHELE BECKWITH
                                                    Assistant United States Attorney

1

Dated:  December 31, 2013

        /s/ Kyle Knapp  
        KYLE KNAPP  
        Counsel for Defendant Andres Giraldo

## O R D E R

IT IS SO ORDERED.

Dated:  December 31, 2013

_____  
DALE A. DROZD  
UNITED STATES MAGISTRATE JUDGE

Dad1.crim  
13mj0310.Stip.and.Order