1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2724
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:13-MJ-0310 CKD
12 |              Plaintiff,               | STIPULATION AND (~~PROPOSED~~) ORDER
   |                                       | CONTINUING ARRAIGNMENT AND
13 |         v.                            | WAIVING TIME
14 | ANDRES GIRALDO,
15 |              Defendant.

16

17         IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the

18 approval of the court, the arraignment in this matter previously scheduled for January 24, 2014, at 2:00 p.m.

19 may be continued to January 31, 2014, at 2:00 p.m. The parties reiterate their previous stipulation that the

20 30-day time period for indictment set forth in Title 18, United States Code, Section 3161(b) is waived.

21

22 Dated: January 20, 2014                          BENJAMIN B. WAGNER
                                                    United States Attorney
23

24                                                  /s/ Michele Beckwith
                                                    MICHELE BECKWITH
25                                                  Assistant United States Attorney

26

27

28

                                              1

Dated: January 20, 2014

/s/ Kyle Knapp
KYLE KNAPP
Counsel for Defendant Andres Giraldo

O R D E R

IT IS SO ORDERED.

Dated: January 21, 2014.

HON. EDMUND F. BRENNAN
United States Magistrate Judge

2